IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| VERNARD KING, | § | |
| Plaintiff, | § § § | |
| V. | § § | NO. 4:25-CV-123-Y |
| OFFICER BOWER, | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Vernard King, against Defendant, Officer Bower, are DISMISSED with prejudice under the authority of 28 U.S.C. §§ 1915(e)(2) and 1915A(b) until such time as Plaintiff meets the *Heck* requirements.

**SIGNED** February 13, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE